UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARY LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No.  1:21-cv-00219-LEW |
| ) | |
| MAINE PUBLIC EMPLOYEES ) | |
| RETIREMENT SYSTEM, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate, by and through undersigned counsel, to dismissal of this action with prejudice and without attorney's fees or costs to either party.

Dated: March 29, 2023

/s/ *Danielle Quinlan*
Danielle Quinlan, Bar No. 5480
White & Quinlan, LLC
62 Portland Road, Suite 21
Kennebunk, ME 04043
(207) 502-7484
dquinlan@whiteandquinlan.com
Attorney for Plaintiff

/s/ *Kelly L. Morrell*
Kelly L. Morrell, Bar No. 9393
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626 8552
kelly.l.morrell@maine.gov
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Danielle Quinlan, hereby certify that on this 29th day of March, 2023, I served the foregoing Stipulation of Dismissal with the Court's CM/ECF system, which automatically sends notification to all counsel of record.

Dated: March 29, 2023	/s/ Danielle Quinlan

_____
Danielle Quinlan, Esq. Bar No. 5480
*Attorney for Plaintiff*
WHITE & QUINLAN, LLC
62 Portland Road, Suite 21
Kennebunk, Maine 04043
(207) 502-7484
*dquinlan@whiteandquinlan.com*